
**EXHIBIT 5**



Justifacts Credential Verification Inc.
Karen Cook
5250 Logan Ferry Road
Murrysville, PA 15668
kcook@justifacts.com
Phone: 800-356-6885 x1549
Fax: 412-376-9204

| Report Number | Date Received | Date Complete | Account Manager |
|---|---|---|---|
| 2259742 | 12-06-2017 | 12-15-2017 | Karen Cook |

| Company: | Bayer U.S. LLC |
|---|---|
| Contact: | Julia Henderson |
| Address: | 100 Bayer Rd., Pittsburgh, PA 15205 |
| Phone Number: | 412-777-2033 |
| Email Address: | julia.henderson@bayer.com |

## Applicant Information

| Name | Social Security Number |
|---|---|
| Jill Melissa Beckman | |

| Gender | Date of Birth |
|---|---|
| FEMALE | |

| Bayer Location | Cost Center | Req Number |
|---|---|---|
| Pharmaceuticals | J112569952 | 9690 |

### Current Addresses
6900 Spencer Lake Road
Medina, OH 44256

### Previous Addresses
Latimore Road, Shaker Heights, OH 44122

| Summary of Verifications Requested | | | |
|---|---|---|---|
| Description | Rec Date | Comp Date | Status |
| SOCIAL SECURITY ADDRESS REPORT: ONETRACE/ONEVALIDATION | 12-06-17 | 12-06-17 | Complete |
| FELONY AND MISDEMEANOR CRIMINAL SEARCH (COUNTY COURT LEVEL): MEDINA COUNTY, OH NAME: JILL BECKMAN | 12-06-17 | 12-07-17 | Complete/Clear |
| FELONY AND MISDEMEANOR CRIMINAL SEARCH (COUNTY COURT LEVEL): MEDINA COUNTY, OH NAME: JILL JAMES | 12-07-17 | 12-07-17 | Complete/Clear |
| NATIONAL CRIMINAL DATABASE: NATIONAL NAME: JILL BECKMAN | 12-06-17 | 12-07-17 | Complete/Clear |

| | | | |
|---|---|---|---|
| NATIONAL CRIMINAL DATABASE: NATIONAL NAME: JILL JAMES | 12-06-17 | 12-07-17 | Complete/Clear |
| FACIS LEVEL 1 SEARCH: NATIONAL NAME: JILL BECKMAN | 12-06-17 | 12-06-17 | Complete/Clear |
| FACIS LEVEL 1 SEARCH: NATIONAL NAME: JILL JAMES | 12-06-17 | 12-07-17 | Complete/Clear |
| DRIVING RECORD CHECK: OH | 12-06-17 | 12-07-17 | Complete/Adverse |
| PAST EMPLOYMENT - GUARDANT HEALTH, INC. | 12/06/17 | 12/15/17 | Complete/Adverse |
| PAST EMPLOYMENT - ASTRAZENECA PHARMACEUTICALS | 12/06/17 | 12/07/17 | Complete/Clear |
| PAST EMPLOYMENT - NOVARTIS PHARMACEUTICALS | 12/06/17 | 12/07/17 | Complete/Clear |
| CONFIRMATION OF DEGREE - KENT STATE UNIVERSITY | 12/06/17 | 12/07/17 | Complete/Clear |

## SOCIAL SECURITY ADDRESS REPORT - ONETRACE/ONEVALIDATION

### Social Security Number Validation

| | |
|---|---|
| Deceased: | NO |
| Valid SSN: | YES |
| Response: | This is a Valid Social Security Number. |
| State Issued: | Ohio |
| Issued Between: | 1973 and 1975 |

### Names Found

| # | Last | First | Middle | Times Reported | Dates Reported From | To |
|---|---|---|---|---|---|---|
| 1) | BECKMAN | JILL | M | 5 | 4/1986 | 12/2017 |
| 2) | JAMES | JILL | M | 5 | 4/1986 | 12/2017 |

### Addresses Found

| # | Address | County | Times Reported | Dates Reported From | To |
|---|---|---|---|---|---|
| 1) | 6900 SPENCER LAKE RD MEDINA, OH 44256 | Medina | 1 | 11/1992 | 12/2017 |
| 2) | 3770 HILLBROOK RD UNIVERSITY HEIGHTS, OH 44118 | Cuyahoga | 1 | 09/1990 | 06/2005 |
| 3) | 345 SPRINGBROOK DR 108 MEDINA, OH 44256 | Medina | 2 | 07/1986 | 05/2004 |
| 4) | 3701 LATIMORE RD SHAKER HEIGHTS, OH 44122 | Cuyahoga | 1 | 04/1986 | 01/2003 |
| 5) | 224 W WASHINGTON ST MEDINA, OH 44256 | Medina | 1 | 06/1992 | 12/1993 |
| 6) | PO Box 1263 MEDINA, OH 44258 | Medina | 1 | 07/1992 | 07/1992 |

| Additional Information | |
|---|---|
| Notes: | Please Note: This search is used to locate names and addresses associated with a social security number. Although this search does verify that the social security number is valid, it does not verify that the social security number provided belongs to the applicant. If you would like a Consent Based Social Security Search, which verifies that this person's name matches the social security number provided, please contact your Account Manager. |

## Criminal Records Check

| FELONY AND MISDEMEANOR CRIMINAL SEARCH (COUNTY COURT LEVEL): Medina COUNTY, OH | |
|---|---|
| NAME SEARCHED: | Jill Beckman |
| RESULTS: | COMPLETE/CLEAR |

On 12-07-2017, using the predominately searched index* available in the Common Pleas Court, criminal records were searched from 2010 to 2017 for the name Jill Beckman. Using the information provided, the records were clear of felonies and misdeamenors.

| FELONY AND MISDEMEANOR CRIMINAL SEARCH (COUNTY COURT LEVEL): Medina COUNTY, OH | |
|---|---|
| NAME SEARCHED: | JILL JAMES |
| RESULTS: | COMPLETE/CLEAR |

On 12-07-2017, using the predominately searched index* available in the Common Pleas Court, criminal records were searched from 2010 to 2017 for the name JILL JAMES. Using the information provided, the records were clear of felonies and misdeamenors.

| NATIONAL CRIMINAL DATABASE - National | |
|---|---|
| NAME SEARCHED: | Jill Beckman |
| RESULTS: | COMPLETE/CLEAR |

On 12-07-2017 records were searched in the National Criminal Database and no records were found for Jill Beckman, using the name & date of birth as provided. This search is comprised of the National Criminal Information Scan (NCIS); Offenderscan sex offender registry database & the Sentinel sanction/watch list database. This search includes information from state courts, local arresting agencies, department of corrections information, sex offender records for all 50 states, various terrorist watchlists (e.g. OFAC, FBI, Interpol), most wanted lists (e.g. BATF, DEA, FBI, ICE), sanction lists (e.g. FDA, OIG, GSA, FDIC, OCC, NCUA, OTS) and a variety of other state, national and international sanctions lists
To review the current source list, please refer to
http://www.justifacts.com/pdfs/national_criminal_database_v2.pdf.

| NATIONAL CRIMINAL DATABASE National |  |
|---|---|
| NAME SEARCHED: | JILL JAMES |
| RESULTS: | COMPLETE/CLEAR |

On 12-07-2017 records were searched in the National Criminal Database and no records were found for JILL JAMES, using the name & date of birth as provided. This search is comprised of the National Criminal Information Scan (NCIS); Offenderscan sex offender registry database & the Sentinel sanction/watch list database. This search includes information from state courts, local arresting agencies, department of corrections information, sex offender records for all 50 states, various terrorist watchlists (e.g. OFAC, FBI, Interpol), most wanted lists (e.g. BATF, DEA, FBI, ICE), sanction lists (e.g. FDA, OIG, GSA, FDIC, OCC, NCUA, OTS) and a variety of other state, national and international sanctions lists
To review the current source list, please refer to
http://www.justifacts.com/pdfs/national_criminal_database_v2.pdf.

| FACIS LEVEL 1 SEARCH National |  |
|---|---|
| NAME SEARCHED: | Jill Beckman |
| RESULTS: | COMPLETE/CLEAR |

On 12-06-2017, using the information as provided, the name Jill Beckman was searched in the Fraud and Abuse Control Information System (FACIS) database and no records were found. The Level 1 FACIS database is a compilation of sanction information as taken by the OIG, GSA, FDA, DEA and other federal agencies. The information reported in this level meets the government's minimum requirements for sanction screening as set forth in the OIG's Compliance Program Guidance.

| FACIS LEVEL 1 SEARCH National |  |
|---|---|
| NAME SEARCHED: | JILL JAMES |
| RESULTS: | COMPLETE/CLEAR |

On 12-07-2017, using the information as provided, the name JILL JAMES was searched in the Fraud and Abuse Control Information System (FACIS) database and no records were found. The Level 1 FACIS database is a compilation of sanction information as taken by the OIG, GSA, FDA, DEA and other federal agencies. The information reported in this level meets the government's minimum requirements for sanction screening as set forth in the OIG's Compliance Program Guidance.

* Justifacts Credential Verification, Inc conducts criminal record searches using the predominately searched index in the specified jurisdiction. This index is typically accessed via the public access computer terminal. Records are searched back a minimum of seven years, however, the majority of court indexes go back much further, with each jurisdiction maintaining different time periods within their record databases. All legally reportable information found during the course of a search is reported, subject to any reporting restrictions of the Fair Credit Report Act (FCRA), state law, and/or limitations set on a client-specific basis.

## Driving Record

### State Search: Ohio

#### Motor Vehicle Record
#### Applicant Information

| Field | Value |
|---|---|
| AccountNumber | D0779 |
| Version | SoftMvr2_0 |
| DateOfRequest | 12/06/2017 |
| LicenseNumber | |
| LicenseState | OH |
| LicenseStateName | OHIO |
| FullName | BECKMAN, JILL M |
| LastName | BECKMAN |
| FirstName | JILL |
| MiddleName | M |
| DateOfBirth | |
| Gender | F |
| Height | 503 |
| Weight | 115 |
| EyeColor | HAZEL |
| HairColor | BROWN |
| Address | 6900 SPENCER LAKE |
| City | MEDINA |
| State | OH |
| Zip | 44256 |
| Product | MVR |
| MvrStatus | 3 |
| MvrScore | 1 |
| XmlVersion | 0 |
| QuoteBack | 2259742 |
| LicenseType | PERSONAL |
| Class | D |
| ClassDescription | D - OPERATOR |
| LicenseStatus | VALID |
| LicenseStatusDescription | VALID |
| DateIssued | 11/22/2017 |
| Expiration | 11/23/2021 |

| | |
|---|---|
| Restrictions | NONE |
| RestrictionDescription | NONE |

### LicenseInfos

#### LicenseInfo

| | |
|---|---|
| Class | D |
| ClassDescription | D - OPERATOR |
| LicenseType | PERSONAL |
| LicenseStatus | VALID |
| LicenseStatusDescription | VALID |
| LicenseStatusCategory | VALID |
| OriginalIssueDate | |
| DateIssued | 11/22/2017 |
| Expiration | 11/23/2021 |
| Endorsements | |
| EndorsementDescription | |
| Restrictions | NONE |
| RestrictionDescription | NONE |

### Violations

#### Violation

| | |
|---|---|
| IssueDate | 08/29/2017 |
| ConvictionDate | 09/26/2017 |
| Points | 0 |
| CityLocation | OHIO |
| Jurisdiction | OH |
| Court | AUGLAIZE MUNICIPAL COURT |
| CommercialVehicle | N |
| OrderNumber | 1706735A |
| EventType | VIOLATION |
| Description | TAG/STICKER VIOLATION |
| ACD | - |
| AVD | DD03 |

### FooterStateInfo

| | |
|---|---|
| Text | If you have any questions regarding the content of this Driving History Report |
| Text | please contact Customer Care at 888-947-2622. Thank you |

---

Employment Record

## PAST EMPLOYMENT - GUARDANT HEALTH, INC.

| | |
|---|---|
| Company Phone Number: | (855) 698-8887 |
| Company Address: | , Redwood City, CA |
| Respondent: | Davina Patel, People Operations Associate |
| Location: | 505 Penobscot Dr, Redwood City, CA 94063 |
| Respondent Phone Number: | (855) 698-8887 |
| Email Address: | peopleteam@guardanthealth.com |
| Verification Obtained By: | FAX |
| Verification Verified By: | NAME, DOB AND SSN |

| < Applicant Info > | | < Respondent Info > |
|---|---|---|
| 09 / 2016 | Start Date | 09/15/2016 |
| 10 / 2017 | End Date | 10/03/2017 |
| Account Executive | Job Title | (verified) |
| ! Downsized. The Cleveland market is no longer viable or being supported with an Account Executive. Pittsburgh (the other part of my territory) is now being covered by the W. Virginia representative | Reason For Leaving | ! Misconduct |

Would you rehire?
   ! No

If not, why?
   ! She was terminated for misconduct.

Additional Comments:
   Please note that no further information regarding the reason for rehire ineligibility was provided on the return fax.

The above information was verified on: 12/15/17 08:23 AM

Reviewed by Justifacts Quality Control on: 12/15/17 09:11 AM

## PAST EMPLOYMENT - ASTRAZENECA PHARMACEUTICALS

| | |
|---|---|
| Company Phone Number: | (800) 236-9933 |
| Company Address: | (not provided), Wilmington, DE |
| Respondent: | AstraZeneca & MedImmune, Automated Verification Service |
| Location: | 1800 Concord Pike, Wilmington, DE 19850 |
| Verification Obtained By: | VERIFICATION SERVICE |
| Verification Verified By: | VERIFICATION SERVICE |

| < Applicant Info > | | < Respondent Info > |
|---|---|---|
| 04 / 2015 | Start Date | (see comments) |
| 05 / 2016 | End Date | 05/02/2016 |
| Clinical Oncology Specialist | Job Title | (not released) |
| Separation - I chose to leave for various reasons, and was supported by AZ with this decision | Reason For Leaving | (not released) |

Would you rehire?

(not released)

Additional Comments:

Please note that this company required an automated service (The Work Number) for all verifications. This automated service provided dates of employment only. The automated service did not provide an original hire date; however, a most recent hire date of 04/13/2015 was provided. Click the "<-- View Report -->" link to view this report.

<-- view report -->

The above information was verified on: 12/07/17 08:36 AM

Reviewed by Justifacts Quality Control on: 12/07/17 08:37 AM

| PAST EMPLOYMENT - NOVARTIS PHARMACEUTICALS | |
|---|---|
| Company Phone Number: | (862) 778-8300 |
| Company Address: | (not provided), East Hanover, NJ |
| Respondent: | Novartis Pharmaceuticals Corporation, Automated Verification Service |
| Location: | One Health Plaza, East Hanover, NJ 07936 |
| Verification Obtained By: | VERIFICATION SERVICE |
| Verification Verified By: | VERIFICATION SERVICE |

| < Applicant Info > | | < Respondent Info > |
|---|---|---|
| 12 / 2012 | Start Date | 12/21/2012 |
| 04 / 2015 | End Date | 04/06/2015 |
| Sr. Respiratory Sales Specialist | Job Title | Sr Sales Specialist |
| Opportunity to get back into Oncology, and join AstraZeneca | Reason For Leaving | (not released) |

Would you rehire?

(not released)

Additional Comments:

Please note that this company required an automated service (The Work Number) for all verifications. This automated service provided dates of employment and job title only. Click the "<-- View Report -->" link to view this report.

<-- view report -->

The above information was verified on: 12/07/17 08:33 AM

Reviewed by Justifacts Quality Control on: 12/07/17 08:34 AM

## Confirmation of Degree

| | COD - Kent State University |
|---|---|
| Name While Attending School: | Jill M Beckman |
| School Name: | Kent State University |
| School Address: | Kent, OH |
| School Type: | UNIVERSITY |
| Information Provided By: | Kent State University |
| Department/Title: | Automated Verification Service |
| Phone Number: | (not provided) |
| Verification Obtained By: | VERIFICATION SERVICE |
| Verification Verified By: | VERIFICATION SERVICE |

| < Applicant Info > | | < Respondent Info > |
|---|---|---|
| 09 / 1985 | Start Date | 08/01/1985 |
| 12 / 1989 | End Date | 12/16/1989 |
| 1989 | Graduation Year | (verified) |
| Bachelor's: Rhetoric and Communication | Degree Received | BACHELOR OF ARTS MAJOR(S): RHETORIC AND COMMUNICATION |

is the accrediting agency recognized by the U.S. Department of Education or the Council for Higher Education Accreditation?
Yes

Additional Comments:
Information for this applicant was obtained from the National Student Clearinghouse. In certain circumstances, the National Student Clearinghouse may uncover additional Information about an applicant which might include additional degrees, minor fields of study, and/or information about the applicant's major course of study. Please click the link below to view the complete report. Note: 1 record(s) have been found.

<-- view report -->

The above information was verified on: 12/07/17 08:39 AM
Reviewed by Justifacts Quality Control on: 12/07/17 08:43 AM

This completes the information requested for Jill Melissa Beckman.

If you have any questions regarding the above information, please do not hesitate to contact us.

Sincerely Yours,

Karen Cook
Account Manager

- Click here to view/print Notice to users of Consumer Reports -

- Click here to view/print Applicant Summary of Rights -

| Bayer U.S. LLC | Jill Melissa Beckman |
|---|---|
| This information is furnished in response to an inquiry for the purpose of screening. It has been obtained from sources deemed reliable. However, the accuracy of this information is not guaranteed by this organization. Information contained herein should not be the sole determination in evaluation of this individual. The inquirer has agreed to indemnify and hold reporting bureau harmless from claims or damages arising from misuse of this information, including Attorney fees incurred by the responsible bureau in connection with any such claims, and this report is furnished in reliance upon that indemnity. You must hold the information in strict confidence and comply with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Quotes used for references from supervisors and others are to the best of our ability and may have been slightly modified to correct grammar or complete sentences. The language of this interview may have been changed slightly in the interest of clarity and continuity. ||

Copyright © by Justifacts Credential Verification, Inc. 2000-2018; All rights reserved.