**Douglas M. Eppler**



Subject: RE: Employment Verification

**From:** The People Team <peopleteam@guardanthealth.com>
**Subject: RE: Employment Verification**
**Date:** December 18, 2017 at 5:24:00 PM EST
**To:** Jill Beckman <jillbeckman1123@gmail.com>, The People Team <peopleteam@guardanthealth.com>

Hi Jill, you are all set. It was sent it last week and Aisha confirmed today. Good luck with your new role.

Happy Holidays.

Gail

-----Original Message-----
From: Jill Beckman [mailto:jillbeckman1123@gmail.com]
Sent: Monday, December 18, 2017 11:54 AM
To: The People Team <peopleteam@guardanthealth.com>
Subject: Employment Verification

Hi People Team,

Happy Holidays!

Did you receive a request from Justifacts to verify my dates of employment, & if so, were you able to respond? This is important to complete my background check for a new job.

Thanks in advance for your reply and help!

Jill

Sent from my iPhone
(330) 242-3773

1