**Douglas M. Eppler**



Subject: RE: Employment Verification

**From:** Jill Beckman <jillbeckman1123@gmail.com>
**Subject: Re: Employment Verification**
**Date:** December 30, 2017 at 12:28:28 PM EST
**To:** The People Team <peopleteam@guardanthealth.com>, Amelia Merrill <amerrill@guardanthealth.com>, davina.patel@guardanthealth.com

Hi People Team, Amelia, and Davina,

Thank you again for responding to Justifacts. I received the results, and saw that Davina did not follow the below terms of our agreement, and provided additional information about my termination. Most companies do exactly what is noted below, and do not respond to "Reason for Leaving" or "Would you Rehire?"

**I understand that employee references come through the People Operations Team and cover last employee title, date of hire and date of separation only.** Should I have any questions I am to contact the People Operations Team.

I may not be hired for this new job due to Davina stating I was terminated for misconduct. Will you please respond, and confirm that any future inquiries will cover what is noted above **"last employee title, date of hire and date of separation only**?"

Thank you.

Jill

> On Dec 18, 2017, at 5:24 PM, The People Team <peopleteam@guardanthealth.com> wrote:
>
> Hi Jill, you are all set. It was sent it last week and Aisha confirmed today. Good luck with your new role.
>
> Happy Holidays.
>
> Gail
>
> -----Original Message-----
> From: Jill Beckman [mailto:jillbeckman1123@gmail.com]
> Sent: Monday, December 18, 2017 11:54 AM
> To: The People Team <peopleteam@guardanthealth.com>
> Subject: Employment Verification
>
> Hi People Team,
>
> Happy Holidays!
>
> Did you receive a request from Justifacts to verify my dates of employment, & if so, were you

1

able to respond? This is important to complete my background check for a new job.

Thanks in advance for your reply and help!

Jill

Sent from my iPhone
(330) 242-3773