

# Bayer: Applicant Portal



100 Bayer Road, Pittsburgh, PA. 15205

January 11, 2018

Jill Melissa Beckman
6900 Spencer Lake Road
Medina, OH 44256

Dear Jill:

This letter is to notify you that BAYER U.S. LLC is unable to extend an offer of employment to you. This decision was made based in whole or in part on information received in a consumer report from Justifacts Credential Verification, Inc. (Justifacts). Please note that Justifacts does not make employment decisions for BAYER U.S. LLC and is unable to provide you with specific reasons for them.

You have the right to dispute the accuracy or completeness of any information in your consumer report by contacting Justifacts. You may also obtain a free copy of your consumer report directly from Justifacts if you make your request within sixty (60) days of receipt of this notification.

For more information on how to request a copy of your consumer report, how to dispute the accuracy or completeness of any information in your consumer report or to obtain additional information related to the Fair Credit Reporting Act, please contact the Justifacts Compliance Officer at the following address or phone number:

> Justifacts Credential Verification, Inc.
> FCRA Compliance
> 5250 Logan Ferry Road
> Murrysville, PA 15668
> Phone (800) 356-6885
> https://www.justifacts.com/

Thank you for your interest in our company.

BAYER U.S. LLC

*Julia Henderson*

Report Number: 2259742
Page: 1