# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JILL M. BECKMAN,** | : |
| Plaintiff, | : |
| | : Case No. 1:18-cv-00985-DCN |
| v. | : |
| | : Judge Donald C. Nugent |
| **GUARDANT HEALTH, INC.,** | : |
| Defendant. | : |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Guardant Health, Inc. ("Guardant"), by and through counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an Order granting summary judgment on Plaintiff's claims raised in her First Amended Complaint. Defendant requests that its Motion be granted because there is no genuine issue as to any material fact and because it is entitled to judgment as a matter of law.

In support of its Motion, Defendant relies upon the attached memorandum of law, which is incorporated herein by reference, as well as the transcripts, declarations, and exhibits attached thereto.

        Respectfully submitted,


        /s/ *Amy Ryder Wentz*
        Amy Ryder Wentz (0081517)
        Shannon M. Byrne (0088182)
        LITTLER MENDELSON, P.C.
        1100 Superior Avenue, 20th Floor
        Cleveland, OH 44114
        Telephone: 216.696.7600
        Facsimile: 216.696.2038
        awentz@littler.com
        sbyrne@littler.com

        Attorneys for Defendant
        GUARDANT HEALTH, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, a copy of the foregoing *Defendant's Motion for Summary Judgment* and *Memorandum in Support* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Amy Ryder Wentz*
Amy Ryder Wentz

One of the Attorneys for Defendant
GUARDANT HEALTH, INC.

FIRMWIDE:164225611.1 098177.1001