# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JILL M. BECKMAN,** | : |
| Plaintiff, | : |
| | : Case No. 1:18-cv-00985-DCN |
| v. | : |
| | : Judge Donald C. Nugent |
| **GUARDANT HEALTH, INC.,** | : |
| Defendant. | : |

## NOTICE OF FILING TWO PAGES FROM DEPOSITION TRANSCRIPT OF JILL BECKMAN CITED IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Guardant Health, Inc. ("Guardant") gives notice that it is submitting for the Court's consideration pages 137-138 of the Deposition of Jill Beckman. These pages were cited by Defendant in support of its May 3, 2019 Motion for Summary Judgment (ECF No. 19) but inadvertently left out of Attachment 3 (Deposition Excerpts of Jill Beckman) to the motion.

Respectfully submitted,


/s/ *Amy Ryder Wentz*
Amy Ryder Wentz (0081517)
Shannon M. Byrne (0088182)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH  44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
awentz@littler.com
sbyrne@littler.com

Attorneys for Defendant
GUARDANT HEALTH, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, a copy of the foregoing *Notice of Filing Two Pages from Deposition Transcript of Jill Beckman Cited in Support of Defendant's Motion for Summary Judgment* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Amy Ryder Wentz*
Amy Ryder Wentz

One of the Attorneys for Defendant
GUARDANT HEALTH, INC.

FIRMWIDE:164929792.1 098177.1001