```
                                                      Page 1

      IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF OHIO
                 EASTERN DIVISION
         ~~~~~~~~~~~~~~~~~~~~~
JILL M. BECKMAN,

             Plaintiff,

    vs.                Case No. 1:18-cv-00985

GUARDANT HEALTH, INC.,

             Defendant.

         ~~~~~~~~~~~~~~~~~~~~~

              Deposition of
               JILL BECKMAN

            February 11, 2019
                   9:59

               Taken at:
         Littler Mendelson, PC
            Oswald Centre
         1100 Superior Avenue
          East, 20th Floor
           Cleveland, Ohio
          Tracy Morse, RPR
```

Page 137

1   A.   No.
2   Q.   So misconduct wasn't different than
3  what you reported for your reason for leaving
4  Guardant?
5        MR. BALES:  Object to form.
6   You can answer.
7   A.   Two things.  I was totally in shock
8  by what transpired.  I was honest in terms of
9  what, "Misconduct," meant.  I did not even
10 think about what I put down there nor did he
11 ask me what I put down.  I didn't have this in
12 front of me.  I didn't recall.  I was in shock
13 as far as possibly losing the job and trying to
14 take care of my husband.  Who was terminally
15 ill.  So it was very devastating on that day.
16 And all he asked me to do was define,
17 "Misconduct."
18  Q.   Okay.  So at what point did you
19 realize that the reason Guardant Health
20 reported was different than what you reported
21 for a reason for leaving?
22  A.   I didn't recognize that even when I
23 looked at this, because my territory was
24 downsized, so I didn't even recognize that
25 there was a difference when they sent me the

```
                                                    Page 138
 1    Justifacts report.  All I did was look at,
 2    "Misconduct," who provided the information and
 3    waited for Bayer's next steps.
 4         Q.   But you see today that there's a
 5    difference in what was reported between you and
 6    what was reported by Guardant, correct?
 7         A.   Yes.
 8         Q.   Earlier today you stated that the
 9    reason you left Guardant had nothing to do with
10    your territory, correct?
11         A.   I don't remember.
12         Q.   Well, when we looked at the
13    separation documents -- wait, I'll find it --
14    Exhibit 14 --
15         A.   I don't have them memorized.
16    Sorry.
17         Q.   That's all right.  The third page
18    of Exhibit 14, GH 00019 --
19         A.   Okay.  Thank you.
20         Q.   -- where it says, the first full
21    sentence from the top, "Terminated due to
22    violating a first and final written warning,"
23    that's different than the response you provided
24    on Exhibit 20 under, "Applicant Info," on
25    Beckman 000348, correct?
```

Page 157

1 REPORTER'S CERTIFICATE

2 The State of Ohio, )

3 SS:

4 County of Cuyahoga. )

5

6 I, Tracy Morse, a Notary Public
7 within and for the State of Ohio, duly
8 commissioned and qualified, do hereby certify
9 that the within named witness, JILL BECKMAN,
10 was by me first duly sworn to testify the
11 truth, the whole truth and nothing but the
12 truth in the cause aforesaid; that the
13 testimony then given by the above-referenced
14 witness was by me reduced to stenotypy in the
15 presence of said witness; afterwards
16 transcribed, and that the foregoing is a true
17 and correct transcription of the testimony so
18 given by the above-referenced witness.
19 I do further certify that this
20 deposition was taken at the time and place in
21 the foregoing caption specified and was
22 completed without adjournment.
23
24
25

1        I do further certify that I am not
2   a relative, counsel or attorney for either
3   party, or otherwise interested in the event of
4   this action.
5        IN WITNESS WHEREOF, I have hereunto
6   set my hand and affixed my seal of office at
7   Cleveland, Ohio, on this 3rd day of
8   April, 2019.
9
10
11
12
13              *Tracy Morse* (signature)
14          Tracy Morse, Notary Public
15          within and for the State of Ohio
16
17   My commission expires 1/26/2023.

Veritext Legal Solutions
www.veritext.com                                888-391-3376