## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Beckman,<br><br>   Plaintiff(s)<br>v.<br><br>Guardant Health, Inc.,<br><br>   Defendant(s). | Date: June 25, 2019<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:18 CV 985 |

Status held; Counsel to all parties present. Summary judgment motion is fully briefed. Court to rule. There is some discovery on damages & limited fact discovery to complete.

Trial set 10/8/19 at 8:30. Trial Order to issue. Final pre-trial set at 10:30.
9/26/19

Length of Proceeding: 30 Min

United States District Judge 6/25/19