IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JILL M. BECKMAN, | ) | CASE NO. 1:18-CV-00985 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| GUARDANT HEALTH, INC., | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendant. | ) | |
| | ) | |

Counsel has notified the Court that the above captioned case has been settled. Accordingly, this action is **DISMISSED WITH PREJUDICE**. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
Senior United States District Judge

DATED: _August 13, 2019_